Dennis H. Black, CSB# 052229
Black, Chapman, Webber & Stevens
Attorneys at Law
221 Stewart Avenue, Suite 209
Medford, Oregon   97501
(541) 772-9850
Facsimile (541) 779-7430
litigation@blackchapman.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALBERT S. PTACEK,** | Case No.: 14-3407 |
| Plaintiff, | **COMPLAINT** (Negligence - Personal Injury Action) |
| v. | [28 U.S.C. § 1332] |
| **STERICYCLE, INC., a foreign business corporation, and NATHAN GRIMES,** | |
| Defendants. | |

Plaintiff alleges:

**JURISDICTION**

1.

The Court has jurisdiction under 28 U.S.C. § 1332 for the following reasons. The amount in controversy, without interests and costs, exceeds the sum of $75,000.00. The plaintiff is and was at all times mentioned herein a citizen of the State of Oregon. Based on information and belief, and therefore alleged, defendant Stericycle, Inc. is Delaware business corporation doing business in the State of California, and with its principal place of business in Lake Forest, Illinois.   Based on information and belief, and therefore alleged, defendant Nathan Grimes is and was a resident of the State of California.

/ / /

COMPLAINT

**INTRADISTRICT ASSIGNMENT**

2.

Under 28 U.S.C. § 1391 venue is proper in the Northern District of California because defendant Nathan Grimes resides in California and within this District and defendant Stericycle, Inc. does business in this State and within this District.  Venue is also proper in the Northern District of California because the alleged incident occurred in Humboldt County.  Under Civil L.R. 3-2(c) all civil actions and proceedings shall be assigned by the Clerk to a Courthouse serving the county in which the action arises.  Under Civil L.R. 3-2(g) any case for which all parties do not consent will be reassigned to a District Judge in one of the Bay Area divisions.  Plaintiff concurrently files a Declination to Proceed Before a Magistrate Judge with his Complaint and requests reassignment from the Eureka Division to one of the Bay Area Divisions.  Civil L.R. 3-2(g).

**CLAIM FOR RELIEF**
**(General Negligence - Motor Vehicle)**

3.

At all material times herein, defendant Stericycle, Inc. ("STERICYCLE") was a Delaware corporation doing business in California.

4.

At all material times herein, defendant Nathan Grimes ("GRIMES") was and is an agent, servant and/or employee of defendant STERICYCLE, and was at all times acting in the course and scope of his agency, servitude or employment.

5.

On or about August 6, 2012, on U.S. Highway 101 approximately 254 feet north of 101 Hum 122.21 near Bald Hills Road, which is a public highway in an unincorporated area of Humboldt County, California, defendant GRIMES negligently drove a vehicle owned by defendant STERICYCLE in such a manner as to cause a collision with plaintiff's vehicle, which led to the damages described below.

COMPLAINT

6.

This accident and resulting damages were caused by the negligence of defendants in one or more of the following particulars:

    (a)    Failing to keep a proper lookout;

    (b)    Failing to keep their vehicle under proper control; and,

    (c)    Traveling at an unsafe speed for existing conditions, in violation of California Vehicle Code Section 22350.

7.

This accident and the resulting damages were further caused by the negligence of defendant STERICYCLE in one or more of the following particulars:

    (a)    In failing to educate and train GRIMES in the safe operation of STERICYCLE vehicles;

    (b)    In hiring GRIMES to drive STERICYCLE vehicles when STERICYCLE knew or should have known that GRIMES was not competent to operate STERICYCLE vehicles;

    (c)    In failing to have GRIMES perform driving tests, which would have revealed that GRIMES was not competent to safely operate STERICYCLE vehicles;

    (d)    In failing to have or enforce a safety program which would have alerted GRIMES to the rules of the road and risks of motor vehicle accidents when operating STERICYLE vehicles.

8.

As a result of defendants' negligence, plaintiff suffered personal injuries consisting of injuries to his neck, chest, shoulder, arm, back, and related structures, depression and anxiety, which injuries are permanent and have caused and will continue to cause in the future pain and discomfort and interference with normal and usual activities, all to his noneconomic damages in the amount of $500,000.00.

9.

As a further direct result of the negligence of defendants, plaintiff has necessarily

1 | incurred charges for medical services in the amount of $19,154.26, and will necessarily incur
2 | future medical expenses in an amount of $129,000.00.
3 | 10.
4 | As a further direct result of the negligence of defendants, plaintiff has sustained loss
5 | of earnings and impaired earning capacity in an amount of $440,000.00.
6 | WHEREFORE, plaintiff prays for judgment against defendants as follows:
7 | 1. For past medical bills in the amount of $19,154,26;
8 | 2. For future medical expenses in an amount of $129,000.00;
9 | 3. For noneconomic damages in the amount of $500,000.00;
10 | 4. Loss of earnings and impaired earning capacity in an amount of $440,000.00;
11 | 5. For his costs and disbursements incurred herein; and,
12 | 6. For such other and further relief as the court deems just and proper.
13 | DATED this 28th day of July, 2014.
14 | BLACK, CHAPMAN, WEBBER & STEVENS
15 | /s/Dennis H. Black
    | Dennis H. Black, CSB# 052229
16 | Attorney for Plaintiff
17 | Trial Attorney: Dennis H. Black, CSB# 052229

4

COMPLAINT