Dennis H. Black, CSB# 052229
Black, Chapman, Webber & Stevens
Attorneys at Law
221 Stewart Avenue, Suite 209
Medford, Oregon 97501
(541) 772-9850
Facsimile (541) 779-7430
litigation@blackchapman.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| **ALBERT S. PTACEK,** | Case No.: 14-cv-03407-PJH |
| Plaintiff, | **ODER OF DISMISSAL** |
| v. | |
| **STERICYCLE, INC., a foreign business corporation, and NATHAN GRIMES,** | |
| Defendants. | |

    Plaintiff, having advised the court that said action has been fully compromised and settled. No appearance has been made by the defendants and no counterclaim has been pleaded. IT IS HEREBY ORDERED that this cause of action is dismissed with prejudice.

    IT IS SO ORDERED.

    DATED this  7th  day of October 2014.

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

ORDER OF DISMISSAL